1

2

3                              UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
4                                     AT SEATTLE

5      BOARDS OF TRUSTEES OF THE
       LOCALS 302 AND 612 OF THE
6      INTERNATIONAL UNION OF
       OPERATING ENGINEERS
7      CONSTRUCTION INDUSTRY
       HEALTH AND SECURITY FUND, et
8      al.                                              C22-651 TSZ

9                            Plaintiffs,                MINUTE ORDER

10           v.

11     IVERSEN AND SON'S INC.,

12                           Defendant.

13
             The following Minute Order is made by direction of the Court, the Honorable
14     Thomas S. Zilly, United States District Judge:

15           (1)     The parties are ORDERED to show cause by August 17, 2022, why this
       action should not be dismissed for failing to comply with the Order requiring Joint Status
16     Report dated May 16, 2022, docket no. 3.  Absent a timely response to this Minute Order,
       this action shall be DISMISSED without prejudice.

17           (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
       record.
18
             Dated this 3rd day of August, 2022.
19

20                                                      Ravi Subramanian
                                                        Clerk
21
                                                        s/Gail Glass
22                                                      Deputy Clerk

23

MINUTE ORDER - 1